# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| A-1 EXPRESS DELIVERY SERVICE, INC. | ) | Chapter 7 |
| _____ | ) | Case No. 17-52865-pmb |
| | ) | |
| M. Denise Dotson, as Chapter 7 Trustee of | ) | |
| A-1 Express Delivery Service, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 19-5080 |
| v. | ) | |
| | ) | |
| U-Haul International, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

M. Denise Dotson, as Chapter 7 Trustee of A-1 Express Delivery Service, Inc. ("Trustee" or "Plaintiff"), hereby dismisses with prejudice the Complaint filed in this case on February 10, 2019, against Defendant U-Haul International, Inc. ("Defendant").

The Clerk of the Court issued a summons in the above-captioned adversary proceeding on February 12, 2019 and Defendant was subsequently served. Defendant has not filed either an answer or a motion for summary judgment in this case. No receiver has been appointed in this case. This case is not governed by any statute that requires a court order for dismissal. Accordingly, under Fed. R. Civ. P. 41(a)(1)(A), made applicable to this proceeding by Fed. R. Bankr. P. 7041, this dismissal requires no order from the Court.

(SIGNATURES ON FOLLOWING PAGE)

1

Dated this 16th day of April 2019.

                                                       ROUNTREE LEITMAN & KLEIN, LLC

                                                       */s/ William Rountree*_____
                                                       William Rountree
                                                       State Bar of Georgia No. 616503
                                                       David Klein
                                                       State Bar of Georgia No. 183389
                                                       Samantha Tzoberi
                                                       State Bar of Georgia No. 140809
                                                       *Attorneys for Plaintiff*

2800 North Druid Hills Road
Building B, Suite 100
Atlanta, Georgia 30329
(404) 584-1238
wrountree@rlklawfirm.com
dklein@rlklawfirm.com
stzoberi@rlklawfirm.com

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 16, 2019, he filed this Notice of Dismissal using the Court's CM/ECF system, which will automatically serve counsel of record for Defendant as follows:

> David A. Wender
> Alston & Bird LLP
> 1201 West Peachtree Street
> One Atlantic Center
> Atlanta, Georgia 30309-3424
> *David.Wender@alston.com*

> */s/ William A. Rountree*
> William A. Rountree
> State Bar of Georgia No. 616503
> *One of the Attorneys for Plaintiff*